UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW TURNER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>　　　　　　　　　　Defendant. | Case No.: 19cv719-LAB (AGS)<br><br>**ORDER OF DISMISSAL** |

The Court ordered Plaintiff to show cause why this action should not be dismissed after the only named Defendant was dismissed. (Docket no. 13.) If he did not file a response as ordered, the Court cautioned him, this action would be dismissed with prejudice. Plaintiff has not filed any response, and this action is therefore **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: September 4, 2019

_Larry A. Burns_
Hon. Larry Alan Burns
Chief United States District Judge